Mary Ryder and Others, Respondents, v. Meta A. Kennedy, Individually and as Administratrix, etc., of Thomas J. Kennedy, Deceased, Appellant, Impleaded with Others, Respondents.— Final judgment of the County Court of Kings county affirmed, without costs, on authority of *Ryder* v. *Kennedy* (166 App. Div. 146). Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Frank Zepiela, Respondent, v. Thomas Howard, Appellant.— Order modified by striking out the condition at folio 9, and the provision that costs abide the event; and as modified affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Application of Vincent A. Cashin for Admission to the Bar.— Application denied. (See *Matter of McGarey*, 167 App. Div. 931.) Present— Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

In the Matter of the Petition of James C. Grindrod, etc., for an Order Revoking and Canceling Liquor Tax Certificate No. 18,535, Issued to Joseph Kerwin. Catherine Kerwin, Intervenor.— Motion for stay denied, without costs. Present— Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

William J. McDonnell, Respondent, v. John R. Whitehead and Others, Defendants. Holmes Jones, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Frederick Reisert, Respondent, v. The City of New York, Appellant. Frank Felten, Respondent, v. The City of New York, Appellant.— Motions for reargument denied, with ten dollars costs in each case. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Mary Sutkar, by Joseph Sutkar, Her Guardian ad Litem, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. Joseph Sutkar, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motions denied. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

George C. Van Tuyl, Jr., as Superintendent of Banks, etc., Respondent, v. Theobald Engelhardt and Others, Appellants, Impleaded with David A. Sullivan and Others.— Motion granted and question certified. Present —Jenks, P. J., Stapleton, Rich and Putnam, JJ.

Lucy B. Allen, Respondent, v. Conrad M. Braker and Others, Appellants.— Motion for stay denied. Present— Jenks, P. J., Stapleton, Rich and Putnam, JJ.

Leon Bresslin, Appellant, v. Star Company, Respondent. — Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.